1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY W. JOHNSON, JR.,        )        No. C 12-00722 EJD (PR)
                                )
            Plaintiff,          )        ORDER OF DISMISSAL
                                )
    v.                          )
                                )
                                )
R. W. FRITZ, et al.,            )
                                )
            Defendants.         )
_____ )

        On February 14, 2012, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. §

1983.  On the same day, the Clerk sent Plaintiff notice that he must either pay the filing

fee or file an In Forma Pauperis ("IFP") Application to proceed with this action.  (Docket

No. 2.)  On April 2, 2012, in the interest of justice, the Court granted Plaintiff an

extension of time to file a completed IFP application within thirty days of the date the

order was filed.  (See Docket No. 5.)

        The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed

an IFP application.  Accordingly, this case is DISMISSED without prejudice for failure to

pay the filing fee.

DATED: _____5/29/2012_____        _____
                                             EDWARD J. DAVILA
                                             United States District Judge

Order of Dismissal
00722Johnson_dism-ifp.wpd                1

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WAYNE JOHNSON, JR.,

           Plaintiff,

  v.

R. W. FRITZ, et al.,

           Defendants.

_____/

Case Number: CV12-00722 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/30/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Wayne Johnson F-58411
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

Dated: _____5/30/2012_____

           Richard W. Wieking, Clerk
           /s/By: Elizabeth Garcia, Deputy Clerk