IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY W. JOHNSON, JR., | ) | No. C 12-00722 EJD (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| R. W. FRITZ, et al., | ) | |
| Defendants. | ) | |

On February 14, 2012, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff notice that he must either pay the filing fee or file an In Forma Pauperis ("IFP") Application to proceed with this action. (Docket No. 2.) On April 2, 2012, in the interest of justice, the Court granted Plaintiff an extension of time to file a completed IFP application within thirty days of the date the order was filed. (See Docket No. 5.)

The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed an IFP application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 5/29/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00722Johnson_dism-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE JOHNSON, JR.,<br><br>                    Plaintiff,<br><br>    v.<br><br>R. W. FRITZ, et al.,<br><br>                    Defendants.<br>_____/ | Case Number: CV12-00722 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/30/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Wayne Johnson F-58411
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

Dated:  5/30/2012

                                              Richard W. Wieking, Clerk
                                              /s/By: Elizabeth Garcia, Deputy Clerk