**FILED**

NOV 2 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ANTHONY W. JOHNSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>R. W. FRITZ, et al.,<br><br>Defendants. | C 12-00722 EJD (PR)<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' DISPOSITIVE MOTION** |

Defendants request to change time in which to file an Opposition to Plaintiff's Motion for Summary Judgment and a dispositive motion, up to and including December 14, 2012. The Court, having considered Defendant's request, and good cause having been found:

**IT IS ORDERED** that Defendants' request to change time in which to file an Opposition to Plaintiff's Motion for Summary Judgment and a dispositive motion, up to and including December 14, 2012, is GRANTED. Plaintiff must file and serve on Defendants' counsel his Reply to the Opposition and Opposition to Defendants' dispositive motion no later than January 11, 2013. Defendants may file and serve their Reply brief no later than January 25, 2013.

Dated: 11/21/12

EDWARD J. DAVILA
United States District Judge

SF2012205010; 20650972.doc

1

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTHONY W. JOHNSON, JR.,

        Plaintiff,

  v.

R. W. FRITZ, et al.,

        Defendants.

Case Number CV 12-00722 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/21/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Anthony Wayne Johnson, Jr.**
F-58411
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

DATED: _____11/21/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk